UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>THEODORE ROOSEVELT OHAGEN,  )<br>  )<br>  Defendant.  ) | Case No. 2:12-mj-00320-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THEODORE ROOSEVELT OHAGEN, Case No. 2:12-mj-00320-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $ 50,000.00,

    _X_ Unsecured Appearance Bond

    \_\_\_\_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) Third party custody agreement.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/04/2012 at 4:05 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge